FRIEDLANDER & FRIEDLANDER, P.C.
ATTORNEYS AND COUNSELORS AT LAW

425 PARK AVENUE
POST OFFICE BOX 109
WAVERLY, NEW YORK 14892-0109

WWW.FRIEDLANDERLAW.COM
(607) 565-8155
FAX (607) 565-8485

February 17, 2006

Hon. Michael A. Telesca
U.S. District Court, Western District of New York
100 State Street
2120 U. S. Courthouse
Rochester, NY 14614

                Re:    Wood vs. Mustang
                         6:00-CV-6433

Dear Judge Telesca:

I am writing to request an extension of time for plaintiffs to respond to defendants' Summary Judgment Motion filed February 16, 2006, in re the above-referenced matter.

It is respectfully requested that Plaintiff's time to respond be extended from March 17, 2006 to April 17, 2006, and that the defendants' time to reply be extended to May 2, 2006, and that this matter will be submitted to the Court's motion term of May 4, 2006.

I have discussed this with defense attorneys Michael J. Chmiel, Esq. of Anthony B. Targia's office and Scott Duquin, Esq. and they are in agreement with plaintiffs' request for an extension of time to respond.

                                        Respectfully yours,

                                        William S. Friedlander

WSF/crf

cc:   Michael Chmiel, Esq.
       Anthony B. Targia, Esq.
       Scott M. Duquin, Esq.

SO ORDERED:

S/MICHAEL A. TELESCA
_____
Hon. Michael A. Telesca

Date: FEBRUARY 21, 2006
_____
Rochester, New York